# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DUKE SMART,**

    **Plaintiff,**

v().                                     **Case No.  8:06-cv-22-T-30TGW**

**BOB WILSON DODGE INC.,
AMERICREDIT CONSUMER LOAN
CORPORATION, A-EXPERT RECOVERY,
INC. KENNETH MACKENZIE JR.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants, A-Expert Recovery, Inc., and Kenneth MacKenzie Jr.'s Motion to Dismiss for Insufficiency of Service of Process and Incorporated Memorandum of Law in Support (Dkt. #32), and Plaintiff's Memorandum of Law in Opposition to Defendants, A-Expert Recovery, Inc., and Kenneth MacKenzie Jr.'s Motion to Dismiss (Dkt. #34).  The Court, having considered the motion, response, memoranda, exhibits, and being otherwise advised in the premises, finds that Defendant's motion should be denied.

Although Plaintiff did not request an extension from the Court prior to the expiration of 120 days, the Court will construe Plaintiff's response in opposition to Defendant's motion as a request for an extension of time to effectuate service of process upon Defendants, A-Expert Recovery, Inc. and Kenneth MacKenzie, Jr. (together, the "Defendants").  Further,

the Court finds that service of process was sufficiently served upon Defendants by Plaintiff on September 22, 2006.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants, A-Expert Recovery, Inc., and Kenneth MacKenzie Jr.'s Motion to Dismiss for Insufficiency of Service of Process and Incorporated Memorandum of Law in Support (Dkt. #32) is DENIED.

2. Defendants shall file a responsive pleading to the complaint within twenty (20) days of the entry of this Order.

**DONE** and **ORDERED** in Tampa, Florida on November 16, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-22.mt dismiss 32.wpd